## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| **KERRY DOBSON,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED OF OMAHA LIFE INSURANCE COMPANY,**<br><br>Defendant. | Case No. 8:24-CV-00306-BCB-MDN |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiff Kerry Dobson, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant United of Omaha Life Insurance Company without prejudice.

Dated:  December 30, 2024

Respectfully submitted,

 *s/ Gary M. Klinger*

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 30, 2024 the foregoing document was

filed via the Court's ECF system, which will cause a true and correct copy of the same to be served

electronically on all ECF-registered counsel of record.


*/ s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com